

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-7-2010

# In Re Philadelphia Newspapers

Precedential or Non-Precedential: Precedential

Docket No. 09-4266

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"In Re Philadelphia Newspapers " (2010). *2010 Decisions.* Paper 1246.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1246

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-4266

_____

IN RE:  PHILADELPHIA NEWSPAPERS, LLC, ET AL.

_____

CITIZENS BANK OF PENNSYLVANIA;
STEERING GROUP OF PREPETITION SECURED LENDERS,

Appellants

_____

No. 09-4349

_____

IN RE:  PHILADELPHIA NEWSPAPERS, INC.,

_____

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
CITIZENS BANK OF PENNSYLVANIA;
STEERING GROUP OF PREPETITION SECURED LENDERS,

Official Committee of Unsecured Creditors,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 09-mc-00178)
District Judge:  Honorable Eduardo C. Robreno

_____

Argued December 15, 2009

Before:  AMBRO, SMITH and FISHER, <u>Circuit Judges</u>

(Opinion Filed: March 22, 2010)

## <u>ORDER  AMENDING DISSENTING OPINION</u>

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Dissenting Opinion in the above case filed March 22, 2010, be amended as follows:

On page 14, paragraph 3, line 6, change "contrary" to "contract".

By the Court,

<u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated:  May 7, 2010
PDB/cc: All Counsel of Record

2